# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MATTHEW WASHINGTON,<br>                    Appellant,<br>                  vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 78597<br><br>FILED<br><br>MAY 0 3 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>       DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

On April 15, 2019, appellant filed a notice of appeal from the February 12, 2019, order denying his postconviction petition for a writ of habeas corpus. However, the Court of Appeals has affirmed the order of the district court.[1]  *See Washington v. State*, Docket No. 75777, (Order of Affirmance, March 14, 2019). A second appeal may not be pursued from the February 12, 2019, order. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.         _____, J.
Stiglich                                               Silver

---

[1]On January 25, 2019, the Court of Appeals, in Docket No. 75777, directed the district court to enter an amended written order resolving appellant's postconviction habeas petition. On February 12, 2019, the district court entered an "order denying defendant's petition for writ of habeas corpus," the order designated in this appeal.

19-19690

cc: Hon. Joseph Hardy, Jr., District Judge
Matthew Washington
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk